THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Nicholas Boan, Appellant.
 
 
 

Appeal From Marlboro County
 John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2006-UP-191
Submitted April 1, 2006  Filed April 11, 2006

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott , all of Columbia, and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Nicholas Boan was convicted on two counts of committing or attempting to commit a lewd act upon a minor and one count of criminal sexual conduct with a minor in the first degree.  He was sentenced to twenty years in prison for criminal sexual conduct with a minor in the first degree and fifteen years for one of the lewd act charges, the charges to run concurrent.  Additionally, Boan was sentenced to a consecutive sentence of ten years for the second lewd act charge.  Boans appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.   Boan filed a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., ANDERSON, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.